UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CONG TUAN DANG,

Petitioner,

v.

BRIAN ENGLISH,

Respondent.

CAUSE NO. 3:26-CV-177-CCB-SJF

ORDER

Cong Tuan Dang, by counsel, filed a motion for attorney fees under the Equal Access to Justice Act. ECF 16. The respondent filed a motion to stay the motion for attorney fees due to a partial government shutdown that commenced on February 14, 2026. ECF 17. Consequently, the court will set a deadline for the respondent to either demonstrate that a stay remains appropriate under the current circumstances or to file a response addressing the merits of the motion for attorney fees.

For these reasons, the court ORDERS the respondent to file a response consistent with this Order by September 9, 2026.

SO ORDERED on August 25, 2026

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge